UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24-cr-364-MSS-CPT

18 U.S.C. § 912
(False impersonation of an officer of the United States)

ALFRED J. EVERETT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(False Impersonation of an Officer or Employee of the United States)**

On or about October 26, 2020, in the Middle District of Florida, the defendant,

ALFRED J. EVERETT,

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a United States Food and Drug Administration compliance agent, and in such assumed and pretended character with the intent to defraud did falsely demand and obtain a thing of value, in that he demanded on behalf of the United States the sum of approximately $89.

In violation of 18 U.S.C. § 912.

AUG 1 2024 PM1:24
FILED - USDC - FLMD - TPA

## COUNT TWO
### (False Impersonation of an Officer or Employee of the United States)

On or about November 18, 2020, in the Middle District of Florida, the defendant,

ALFRED J. EVERETT,

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a United States Food and Drug Administration compliance agent, and in such assumed and pretended character with the intent to defraud did falsely demand and obtain a thing of value, in that he demanded on behalf of the United States the sum of approximately $125.

In violation of 18 U.S.C. § 912.

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Tiffany E. Fields
Assistant United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney
Chief, Economic Crimes Section

2

FORM OBD-34
July 24

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

ALFRED J. EVERETT

INDICTMENT

Violations: 18 U.S.C § 912

A true bill,

██████████████
Foreperson

Filed in open court this 1st day

of August 2024.

C. Reaves
Clerk

Bail $ _____

GPO 863 525